## ATTACHMENT

## CASES

1. Lauri Valjakka v. Apple Inc.; 6:2022cv00003; WDTX (Closed)
2. Lauri Valjakka v. Charter Communications, Inc.; 6:2022cv00491; WDTX (Closed)
3. Lauri Valjakka v. Comcast Corporation; 6:2022cv00493; WDTX (Closed)
4. Lauri Valjakka v. Cox Communications, Inc. et al; 6:2022cv00497; WDTX (Closed)
5. Lauri Valjakka v. Google LLC; 6:2022cv00004; WDTX (Closed)
6. Lauri Valjakka v. Intertrust Technologies Corporation; 6:2022cv00234; WDTX (Closed)
7. Lauri Valjakka v. Meta Platforms, Inc.; 6:2022cv00495; WDTX (Closed)
8. Lauri Valjakka v. Philips North America LLC; 6:2022cv00226; WDTX
9. Lauri Valjakka v. Sony Interactive Entertainment LLC; 6:2022cv00005; WDTX (Closed)
10. Lauri Valjakka v. Zoom Video Communications, Inc.; 6:2022cv00496; WDTX (Closed)
11. Lauri Valjakka v. Cisco Systems, Inc.; 6:2021cv00944; WDTX (Closed)
12. Lauri Valjakka v. Netflix, Inc.; 4:2022cv01490; NDCA (Pending)

13. Ward Participations B.V. v. American Express Company; 6:2021cv01190; WDTX (Pending)
14. Ward Participations B.V. v. Bank of America N.A.; 6:2021cv01191; WDTX (Pending)
15. Ward Participations B.V. v. Citigroup Inc.; 6:2021cv01194; WDTX (Pending)
16. Ward Participations B.V. v. JP Morgan Chase Bank, National Association; 6:2021cv01193; WDTX (Pending)
17. Ward Participations B.V. v. Samsung Electronics Co., Ltd.; 0:2023bcaag02080; U.S. Court Of Appeals, Federal Circuit (Pending)
18. Ward Participations B.V. v. Samsung Electronics Co., Ltd.; 0:2023bcaag02081; U.S. Court Of Appeals, Federal Circuit (Pending)
19. Ward Participations B.V. v. Samsung Electronics Co., Ltd.; 0:2023bcaag02082; U.S. Court Of Appeals, Federal Circuit (Pending)
20. Ward Participations B.V. v. Samsung Electronics Co., Ltd. et al; 6:2021cv00806; WDTX (Pending)
21. Ward Participations B.V. v. Wells Fargo & Company et al; 6:2021cv01195; WDTX (Pending)

22. SAFECAST LIMITED v. AT&T Corporation; 6:2022cv00676; WDTX (Closed)
23. Safecast Limited v. Dish Network Corporation; 1:2022cv03037; DCO (Pending)
24. SAFECAST LIMITED v. Google, LLC; 6:2022cv00678; WDTX
25. Safecast Limited v. Google, LLC; 5:2023cv03128; NDCA (Closed)
26. SAFECAST LIMITED v. HOME BOX OFFICE, INC.; 6:2022cv00679; WDTX (Closed)
27. SAFECAST LIMITED v. Microsoft Corporation; 1:2023cv05466; SDNY (Pending)
28. SAFECAST LIMITED v. NBC UNIVERSAL, INC; 6:2022cv00680; WDTX (Closed)
29. SAFECAST LIMITED v. PARAMOUNT GLOBAL; 6:2022cv00682; WDTX (Closed)
30. SAFECAST LIMITED v. Verizon Communications, Inc.; 6:2022cv00683; WDTX (Closed)

31. Peter Pedersen v. Adobe, Inc.; 6:2022cv00583; WDTX (Closed)

32. Peter Pedersen v. Aurea Software, Inc.; 6:2022cv00584; WDTX (Pending)
33. Peter Pedersen v. Blackbaud, Inc.; 6:2022cv00921; WDTX (Pending)
34. Peter Pedersen v. Constant Contact, Inc.; 6:2022cv00922; WDTX (Pending)
35. Peter Pedersen v. Intuit, Inc.; 6:2022cv00588; WDTX  (Pending)
36. Peter Pedersen v. Madwire, LLC; 6:2022cv00590; WDTX  (Closed)
37. Peter Pedersen v. Mailgun Technologies, Inc.; 6:2021cv01153; WDTX  (Closed)
38. Peter Pedersen v. Monday.com, Inc.; 6:2022cv00923; WDTX  (Pending
39. Peter Pedersen v. Oracle Corporation; 1:2023cv01020; WDTX  (Closed)
40. Peter Pedersen v. Salesforce.com Inc.; 6:2022cv00409; WDTX  (Pending)
41. Peter Pedersen v. SAP America, Inc.; 6:2022cv00591; WDTX  (Closed)
42. Peter Pedersen v. Upland Software, Inc.; 6:2022cv00594; WDTX  (Pending)
43. Peter Pedersen v. Wix.com, Inc.; 6:2022cv00925; WDTX  (Pending)
44. Peter Pedersen v. Yahoo Inc. et al; 6:2021cv01308; WDTX  (Closed)
45. Peter Pedersen v. Zendesk, Inc.; 6:2022cv00927; WDTX  (Pending)
46. Peter Pedersen v. Ziff Davis, Inc.; 6:2022cv00597; WDTX (Pending)
47. Peter Pedersen v. Zoho Corporation; 1:2023cv00071; WDTX (Pending)
48. Peter Pedersen v. J2 Global Canada, Inc.; WDTX  (Closed)
49. Peter Pedersen v. Google LLC; 6:2021cv01152; WDTX  (Closed)

50. ALD Social, LLC v. Alert Media, Inc.; 6:2022cv00959; WDTX  (Closed)
51. ALD Social, LLC v. Apple, Inc.; 6:2022cv00969; WDTX  (Closed)
52. ALD Social, LLC v. Apple, Inc.; 3:2023cv02695; NDCA (Closed)
53. ALD Social, LLC v. AT&T, Inc.; 6:2022cv00970; WDTX  (Closed)
54. ALD Social, LLC v. Google LLC; 0:2023cvpri02340; U.S. Court Of Appeals, Federal Circuit (Closed)
55. ALD Social, LLC v. Google, LLC; 6:2022cv00972; WDTX  (Closed)
56. ALD Social, LLC v. T-Mobile US, Inc.; 6:2022cv00973; WDTX  (Closed)
57. ALD Social, LLC v. Verizon Communications, Inc.; 6:2022cv01011; WDTX  (Closed)
58. ALD Social, LLC v. Verkada, Inc.; 6:2022cv00975; WDTX  (Closed)
59. ALD Social, LLC v. Verkada, Inc.; 3:2023cv00049; NDCA  (Closed)

60. CTD Networks LLC v. Akamai Technologies, Inc.; 6:2022cv01302; WDTX  (Closed)
61. CTD Networks LLC v. Musarubra US LLC; 6:2022cv01303; WDTX  (Closed)
62. CTD Networks LLC v. Palo Alto Networks, Inc.; 6:2022cv01304; WDTX  (Closed)
63. CTD Networks LLC v. Verizon Communications, Inc.; 6:2022cv01306; WDTX  (Closed)
64. CTD Networks, LLC v. Amazon.com, Inc.; 6:2022cv01034; WDTX  (Closed)
65. CTD Networks, LLC v. AT&T Inc.; 6:2022cv01038; WDTX  (Closed)
66. CTD Networks, LLC v. Cisco Systems, Inc.; 6:2022cv01039; WDTX  (Closed)
67. CTD Networks, LLC v. Google LLC; 0:2023cvpri02428; U.S. Court Of Appeals, Federal Circuit (Pending)
68. CTD Networks, LLC v. Google, LLC; 6:2022cv01042; WDTX  (Closed)
69. CTD Networks, LLC v. International Business Machines Corporation; 6:2022cv01044; WDTX  (Closed)
70. CTD Networks, LLC v. Microsoft Corporation; 6:2022cv01049; WDTX  (Closed)
71. CTD Networks, LLC v. Microsoft Corporation; 0:2023cvpri02429; U.S. Court Of Appeals, Federal Circuit (Pending)

72. CTD Networks, LLC v. Musarubra US, LLC; 2:2023cv00273; Texas Eastern District Court (Closed)

73. Gatekeeper Solutions, Inc. v. Cisco Systems, Inc.; 6:2023cv00514; WDTX (Closed)
74. Gatekeeper Solutions, Inc. v. LinkedIn Corporation; 3:2023cv05775; NDCA (Closed)
75. Gatekeeper Solutions, Inc. v. Meta Platforms, Inc.; 6:2023cv00516; WDTX (Closed)
76. Gatekeeper Solutions, Inc. v. Ziff Davis; 6:2023cv00522; WDTX Gatekeeper Solutions, Inc. v. Meta Platforms, Inc.; 6:2023cv00516; WDTX (Closed)

81. SLS Manager Technologies LLC v. Cisco Systems, Inc.; 6:2023cv00517; WDTX (Closed)
82. SLS Manager Technologies LLC v. Juniper Networks, Inc.; 6:2023cv00518; WDTX (Closed)
83. SLS Manager Technologies LLC v. Microsoft Corporation et al; 6:2023cv00519; WDTX (Closed)
84. SLS Manager Technologies LLC v. Oracle Corporation; 6:2023cv00520; WDTX (Closed)

85. Ask Sydney, LLC v. Amazon.com Services, LLC; 6:2023cv00108; WDTX (Closed)
86. Ask Sydney, LLC v. Google, LLC; 6:2023cv00111; WDTX (Closed)
87. Ask Sydney, LLC v. Google, LLC; 3:2023cv03955; NDCA (Closed)
88. Ask Sydney, LLC v. Meta Platforms, Inc.; 6:2023cv00112; WDTX (Closed)
89. Ask Sydney, LLC v. Microsoft Corporation; 6:2023cv00113; WDTX (Closed)
90. Ask Sydney, LLC v. SNAP, Inc.; 6:2023cv00114; WDTX (Closed)
91. Ask Sydney, LLC v. SNAP, Inc.; 2:2023cv06298; CDCA      (Closed)

92. VIAAS Inc. v. ADT LLC; 6:2022cv01046; WDTX (Closed)
93. VIAAS Inc. v. Amazon.Com Inc. et al; 6:2022cv01041; WDTX (Closed)
94. VIAAS Inc. v. Cisco Systems Inc.; 6:2022cv01047; WDTX (Closed)
95. VIAAS Inc. v. Google LLC; 6:2022cv01048; WDTX (Closed)
96. VIAAS Inc. v. Vivint Smart Home Inc.; 6:2022cv01052; WDTX (Closed)

97. SP Wrist Bio, LLC v. Apple, Inc.; 6:2023cv00531; WDTX (Closed)
98. SP Wrist Bio LLC v. Garmin International, Inc.; 6:2023cv00532; WDTX (Closed)
99. SP Wrist Bio LLC v. Google, LLC; 6:2023cv00533; WDTX (Closed)
100. SP Wrist Bio LLC v. Masimo Corporation; 6:2023cv00535; WDTX (Closed)
101. SP Wrist Bio LLC v. ZEPP Health Corporation; 6:2023cv00536; WDTX (Closed)

102. Ice Rover, Inc. v. BlueWorks, LLC.; 6:2022cv00793; WDTX (Withdrawn)
103. Ice Rover, Inc. v. Brumate, Inc.; 1:2023cv02235; DCO (Withdrawn)
104. Ice Rover, Inc. v. Clara Canyon, LLC; 6:2022cv00796; WDTX (Withdrawn)
105. Ice Rover, Inc. v. Lifetime Products, Inc.; 6:2022cv00797; WDTX (Withdrawn)
106. Ice Rover, Inc. v. Meyers Industries, Inc.; 6:2022cv00798; WDTX (Withdrawn)
107. Ice Rover, Inc. v. Monoprice, Inc.; 6:2022cv00799; WDTX (Withdrawn)
108. Ice Rover, Inc. v. TackLife, Inc.; 6:2022cv00802; WDTX (Withdrawn)
109. Ice Rover, Inc. v. Walmart, Inc.; 6:2022cv00846; WDTX (Withdrawn)
110. Ice Rover, Inc. v. Yeti Coolers, LLC; 6:2022cv00801; WDTX  (Withdrawn)

111. M4siz Limited v. Abercrombie & Fitch Stores, Inc.; 6:2022cv00739; WDTX (Closed)
112. M4siz Limited v. Albertson's, LLC; 6:2022cv00602; WDTX (Closed)
113. M4siz Limited v. ALDI Inc. et al; 6:2022cv00604; WDTX (Closed)
114. M4siz Limited v. Authentic Brands Group, LLC; 6:2022cv00758; WDTX (Closed)
115. M4siz Limited v. Best Buy Company, Inc.; 6:2022cv00169; WDTX (Closed)
116. M4siz Limited v. Costco Wholesale Corporation; 6:2021cv00760; WDTX (Closed)
117. M4siz Limited v. G-III Apparel Group, Ltd.; 6:2022cv00737; WDTX (Closed)
118. M4siz Limited v. GAP INC.; 6:2022cv00735; WDTX (Closed)
119. M4siz Limited v. HEB Grocery Company, LP; 6:2022cv00606; WDTX (Closed)
120. M4siz Limited v. J. Crew Group, Inc.; 6:2022cv00734; WDTX (Closed)
121. M4siz Limited v. Kohl's Corporation; 6:2021cv00764; WDTX (Closed)
122. M4siz Limited v. Macy's Inc.; 6:2022cv00170; WDTX (Closed)
123. M4siz Limited v. Nike, Inc.; 6:2022cv00733; WDTX (Closed)
124. M4siz Limited v. Penney OpCo LLC; 6:2021cv00765; WDTX (Closed)
125. M4siz Limited v. Petsmart LLC; 6:2022cv00596; WDTX (Closed)
126. M4siz Limited v. Phillips-Van Heusen Corporation; 6:2022cv00732; WDTX (Closed)
127. M4siz Limited v. POLO RALPH LAUREN; 6:2022cv00731; WDTX  (Closed)
128. M4siz Limited v. Pottery Barn, Inc. et al; 6:2022cv00607; WDTX (Closed)
129. M4siz Limited v. REV, LLC; 6:2022cv00589; WDTX (Pending)
130. M4siz Limited v. Transform; 6:2022cv00587; WDTX  (Pending)
131. M4siz Limited v. Staples Inc.; 6:2022cv00172; WDTX  (Closed)
132. M4siz Limited v. Target Corporation; 6:2022cv00173; WDTX  (Closed)
133. M4siz Limited v. The Home Depot Inc. et al; 6:2021cv00763; WDTX
134. M4siz Limited v. The Kroger Co.; 6:2022cv00605; WDTX  (Closed)
135. M4siz Limited v. The ODP Corporation; 6:2022cv00592; WDTX  (Pending)
136. M4siz Limited v. Under Armour, Inc.; 6:2022cv00745; WDTX  (Closed)
137. M4siz Limited v. Victoria's Secret & Co.; 6:2022cv00740; WDTX  (Closed)
138. M4siz Limited v. Walgreen Co.; 6:2021cv00747; WDTX (Closed)
139. M4siz Limited v. Walmart Inc.; 6:2022cv00174; WDTX  (Closed)
140. M4siz Limited v. WAYFAIR, INC.; 6:2022cv00585; WDTX  (Closed)