| | |
|---|---|
| From: | elund@aipisolutions.com |
| To: | Ksheets@aipisolutions.com; William Ramey; All; emorehouse@aipisolutions.com |
| Cc: | Weir King |
| Subject: | Re: Discovery in Ice Rover/CA Innovations |
| Date: | Monday, August 14, 2023 9:12:29 AM |
| Attachments: | image001.png |
| | Plfs 1st RFP to Def Yeti_DRAFT.docx |
| | Plfs 1st ROG to Def Yeti.docx |

Here are some draft discovery for Ice Rover v. Yeti. Not sure if it ever went out. We can modify for CA Innovations.

-Erik

**From:** "Ksheets@aipisolutions.com" <ksheets@aipisolutions.com>
**Date:** Monday, August 14, 2023 at 7:33 AM
**To:** William Ramey <wramey@rameyfirm.com>, All <all@rameyfirm.com>, "elund@aipisolutions.com" <elund@aipisolutions.com>, "emorehouse@aipisolutions.com" <emorehouse@aipisolutions.com>
**Subject:** RE: Discovery in Ice Rover/CA Innovations

I agree and mentioned this to the team last week.  All of the Ice Rover discovery needs to go out this week.  We'll get on it.

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, August 14, 2023 6:58 AM
**To:** All <all@rameyfirm.com>; Ksheets@aipisolutions.com; elund@aipisolutions.com; emorehouse@aipisolutions.com
**Subject:** Discovery in Ice Rover/CA Innovations

Guys,

Have we served discovery yet?  We need to get it out this week….

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion

of this message is unauthorized.