| | |
|---|---|
| **From:** | Tina Hueske |
| **To:** | Ksheets@aipisolutions.com; elund@aipisolutions.com; emorehouse@aipisolutions.com |
| **Cc:** | Susan Kalra; William Ramey |
| **Subject:** | CA Innovations v Ice Rover - Ice Rover"s Answers & Resp to CA Innovations 1st Roggs and 1st RFP - DUE Monday, August 21st |
| **Date:** | Friday, August 18, 2023 4:12:14 PM |
| **Attachments:** | 2023-07-21 CA Inn First Set of RFPs to Ice.pdf<br>image001.png<br>2023-07-21 CA Inn First Set of Rogs to Ice.pdf |
| **Importance:** | High |

How are you doing on this discovery? Are there documents to produce?

Tina Hueske
Litigation Paralegal



5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Phone: (713) 426-3923 x606

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.