| | |
|---|---|
| **From:** | Joseph J. Zito |
| **To:** | Victoria Webb; William Ramey; Kimberly S. Devine; Tina Hueske; LitigationParalegals; Kyril Talanov |
| **Cc:** | Joseph Berghammer; Janice Mitrius; Joe McCollum; litigation@whitestone.law |
| **Subject:** | Re: Ice Rover v. YETI - YETI"s Initial Disclosures and First Set of Discovery Requests |
| **Date:** | Wednesday, September 13, 2023 7:04:05 PM |
| **Attachments:** | Rover Rule 26(a) Initial Disclosures to Yeti.pdf |

Ms. Webb:

Thank you for your e-mail of today.

Attached is Ice Rover's Initial Disclosures.

Please include me on all correspondence going forward.

Can you please resend the attachments listed in your e-mail of September 5 below?

```
Joseph J. Zito
Whitestone Law
jzito@whitestone.law
202-466-3500
```

On 9/13/2023 6:14 PM, Victoria Webb wrote:

> Mr. Ramey,
>
> As you know, the Court entered the parties' Agreed Scheduling Order (ECF 33) and required the parties to serve their respective Initial Disclosures by September 5, 2023. YETI served its Initial Disclosures on Ice Rover in accordance with the Court-ordered deadline. But Ice Rover did not. Instead, in your below email, you attempted to unilaterally extend Ice Rover's due date to September 12, 2023 without agreement of YETI or Court Order. But Ice Rover failed to serve its Initial Disclosures by yesterday, September 12, 2023, and is now over a week past the Court-ordered deadline. Please immediately serve Ice Rover's Initial Disclosures. If Ice Rover refuses to immediately comply with the Court-ordered deadline, YETI reserves all rights, including seeking sanctions and fees.
>
> In addition, we have copied Mr. Joseph J. Zito from Whitestone Law on this email in view of him filing an appearance yesterday as counsel for Ice Rover. Please let us know if going forward we should continue to include both you and Mr. Zito on all correspondence and communications regarding this case.
>
> Regards,
> Vicki
>
> **VICTORIA WEBB | ATTORNEY**
>
> **BANNER WITCOFF**
> TEL: 312.463.5478 | MAIN: 312.463.5000
> bannerwitcoff.com | vwebb@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Victoria Webb
**Sent:** Tuesday, September 5, 2023 5:43 PM
**To:** 'William Ramey' <wramey@rameyfirm.com>; Kimberly S. Devine <kdevine@bannerwitcoff.com>; Tina Hueske <thueske@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Joseph Berghammer <jberghammer@bannerwitcoff.com>; Janice Mitrius <jmitrius@bannerwitcoff.com>; Joe McCollum <jmccollum@bannerwitcoff.com>
**Subject:** RE: Ice Rover v. YETI - YETI's Initial Disclosures and First Set of Discovery Requests

Mr. Ramey – The scheduling order in this case (ECF 33) sets today as the "deadline to serve Initial Disclosures." If Ice Rover chooses to ignore the Court's order, YETI reserves all rights.

Regards,
Vicki

**VICTORIA WEBB | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5478 | MAIN: 312.463.5000
bannerwitcoff.com | vwebb@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Tuesday, September 5, 2023 5:21 PM
**To:** Kimberly S. Devine <KDevine@bannerwitcoff.com>; Tina Hueske <thueske@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Joseph Berghammer <JBerghammer@bannerwitcoff.com>; Janice Mitrius <JMitrius@bannerwitcoff.com>; Victoria Webb <VWebb@bannerwitcoff.com>
**Subject:** RE: Ice Rover v. YETI - YETI's Initial Disclosures and First Set of Discovery Requests

> CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

We are going to serve ours on the 12th, the day after the Markman.

Thanks,

Bill

---

**From:** Kimberly S. Devine <KDevine@bannerwitcoff.com>
**Sent:** Tuesday, September 5, 2023 5:14 PM
**To:** William Ramey <wramey@rameyfirm.com>; Tina Hueske <thueske@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>; Kyril Talanov <ktalanov@rameyfirm.com>
**Cc:** Joseph Berghammer <JBerghammer@bannerwitcoff.com>; Janice Mitrius <JMitrius@bannerwitcoff.com>; Victoria Webb <VWebb@bannerwitcoff.com>
**Subject:** Ice Rover v. YETI - YETI's Initial Disclosures and First Set of Discovery Requests

Mr. Ramey,

Please find attached for service:
1. YETI's Rule 26(a)(1)(A) Initial Disclosures
2. YETI's First Set of Interrogatories to Ice Rover (Nos. 1-9)
3. YETI's First Set of Requests for Production to Ice Rover (Nos. 1-13)

Regards,
Kim

**KIMBERLY S. DEVINE | ATTORNEY**

**BANNER WITCOFF**
71 South Wacker Drive, Suite 3600
Chicago, IL 60606

TEL: 312.463.5409 | MAIN: 312.463.5000
bannerwitcoff.com | kdevine@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail.