| | |
|---|---|
| **From:** | emorehouse@aipisolutions.com |
| **To:** | William Ramey |
| **Cc:** | Joseph J Zito; Erik Lund |
| **Subject:** | RE: Motion to Withdraw |
| **Date:** | Friday, September 22, 2023 1:53:15 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image006.png |

Please stop reaching out to my clients. It's going to cause harm that we'll need to address.

I need the accounting that I requested in order to make the transfer, and this accounting needs to address the GoPro matter.

I recommend that you withdraw from all matters except Valjakka, Pedersen, and Ward – but let's discuss first.


**Eric D. Morehouse**
Founder

+1 (703) 346-4787
11718 Bowman Green Dr.
Reston, VA 20190
www.aipisolutions.com
EMorehouse@aipisolutions.com


**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, September 22, 2023 2:44 PM
**To:** Tom DeFrancia <tommyd@rovrproducts.com>; emorehouse@aipisolutions.com
**Subject:** Motion to Withdraw

Hi Tom,

My firm intends to file a motion to withdraw from the Ice Rover matters due to nonpayment by AiPi.

Can we list you, the client, as unopposed? It is our understanding that Whitestone law has entered an appearance on your matters and will represent you.

Let me know if you would like to discuss.

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** Tom DeFrancia <tommyd@rovrproducts.com>
**Sent:** Thursday, February 23, 2023 4:23 PM
**To:** emorehouse@aipisolutions.com
**Cc:** ksheets@aipisolutions.com; William Ramey <wramey@rameyfirm.com>; elund@aipisolutions.com; mozmen@aipisolutions.com; rkerber@aipisolutions.com
**Subject:** Re: Zoom invite for Monday at noon Virginia time, i.e., 10:00am MT

Perfect. Thank you.

> On Feb 23, 2023, at 3:01 PM, emorehouse@aipisolutions.com wrote:
>
> Sorry – I meant Monday (Feb. 27) at noon Virginia time, i.e., 10:00am MT – not tomorrow (Friday).
>
> **Eric D. Morehouse**
> Founder
>
> <image005.png>          <image007.jpg>    +1 (703) 346-4787
>                                           11718 Bowman Green Dr.
>                                           Reston, VA 20190
>                                           www.aipisolutions.com
>                                           EMorehouse@aipisolutions.com

---

**From:** emorehouse@aipisolutions.com
**Sent:** Thursday, February 23, 2023 5:00 PM

**To:** Tom DeFrancia <tommyd@rovrproducts.com>
**Cc:** Ksheets@aipisolutions.com; William Ramey <wramey@rameyfirm.com>; elund@aipisolutions.com; mozmen@aipisolutions.com; rkerber@aipisolutions.com
**Subject:** RE: Zoom invite for tomorrow (Friday) at noon Virginia time, i.e., 10:00am MT

Great.

We'll send a Zoom invite to everyone copied on this email for tomorrow (Friday) at noon Virginia time, i.e., 10:00am MT.

Please forward the Zoom invite to buyer's counsel.

**Eric D. Morehouse**
Founder

<image008.png>          <image009.jpg>      +1 (703) 346-4787
                                            11718 Bowman Green Dr.
                                            Reston, VA 20190
                                            www.aipisolutions.com
                                            EMorehouse@aipisolutions.com

---

**From:** Tom DeFrancia <tommyd@rovrproducts.com>
**Sent:** Thursday, February 23, 2023 8:46 AM
**To:** emorehouse@aipisolutions.com
**Subject:** Due Dilligence call with IP team

Hi Eric,
Would you be able to arrange a due diligence call with with Ken, Ramey and the buyer's counsel? This is the last step in our deal (I think).

They are available on Friday morning before 11:30 a.m. MT or Monday from 9:30 to noon MT or 1:00 to 6:00 MT.

Thanks, Tom